UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RAY CORONADO, | Case No.: 1:14-cv-01455 - JLT |
| Plaintiff, | ORDER RE-CLASSIFYING THE MATTER AS A CIVIL ACTION |
| v. | |
| RICHARD E. HUBER, et al., | |
| Defendants. | |

Plaintiff Eli Hernandez ("Plaintiff") is currently incarcerated at the California Correctional Institution in Taft, California. (Doc. 1). Plaintiff initiated this action by filing a complaint against Richard Huber, Margarita Saiza, and John Coronado for actions related to administration of the Trust Estate of Jessie Marie MacCrone. (*See id.* at 3-4.) The action was originally designated as a prisoner case pursuant to the Civil Rights Act, as set forth in 42 U.S.C. § 1983. However, because Plaintiff is not challenging the conditions of his confinement, this case should not be classified as a prisoner's civil rights action. Rather, the matter is a civil action subject to Local Rule 301 and Fed. R. Civ. P. 73.

Accordingly, IT IS HEREBY ORDERED: The Clerk of the Court is **DIRECTED** to reclassify this matter as a general civil action.

IT IS SO ORDERED.

Dated: **September 24, 2014**         **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE