UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RAY CORONADO,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD E. HUBER, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01455 - JLT<br><br>AMENDED ORDER RE-CLASSIFYING THE MATTER AS A CIVIL ACTION<br><br>(Doc. 5) |

Plaintiff Jacob Coronado ("Plaintiff") is currently incarcerated at the California Correctional Institution in Tehachapi, California[1]. (Doc. 1).  Plaintiff initiated this action by filing a complaint against Richard Huber, Margarita Saiza, and John Coronado for actions related to administration of the Trust Estate of Jessie Marie MacCrone.  (*See id.* at 3-4.)  The action was originally designated as a prisoner case pursuant to the Civil Rights Act, as set forth in 42 U.S.C. § 1983.  However, because Plaintiff is not challenging the conditions of his confinement, this case is a civil action subject to Local Rule 301 and Fed. R. Civ. P. 73.  Accordingly, IT IS HEREBY ORDERED: The Clerk of the Court is **DIRECTED** to reclassify this matter as a general civil action.

IT IS SO ORDERED.

Dated:   **October 15, 2014**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Noting the Court's error in the previous order, Plaintiff seeks a corrected order.  (Doc. 5)  That motion is **GRANTED**.